DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE SIMMS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-831

[July 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502017CF006669A.

George Simms, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***